**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIM NO. 24-MJ-1458** |
| **SAAHIR IRBY** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Jessica Rice, Assistant United States Attorney for the district, moves for a sixty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On September 6, 2024, the Honorable Pamela A. Carlos authorized a criminal complaint charging defendant Saahir Irby with one violation of Title 18 U.S.C. § 1708 (mail theft), and issued an arrest warrant for the defendant.

2. The defendant was arrested on September 11, 2024.

3. On September 12, 2024, the defendant appeared before the Honorable Craig M. Straw for his initial appearance. The defendant stipulated to probable cause and the parties agreed to conditions of pretrial release.

4. The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that the government file an Indictment or Information within thirty days from the date on which the defendant was arrested, in this case by October 11, 2024. 18 U.S.C. § 3161(b).

5. On September 30, 2024, the Honorable Mary Kay Costello, United States District Judge, issued an Order granting the government's unopposed motion for a sixty-day continuance

of the time within which to file an Indictment or Information in this case, thereby extending the deadline until December 10, 2024. (ECF No. 12.)

6. Since the execution of the complaint and warrant, the government has been reviewing and discussing evidence with defense counsel to facilitate a non-trial disposition of this matter. A sixty-day continuance would provide the parties with time necessary to continue these discussions.

7. Counsel for defendant, Zachary Parrish, does not oppose the government's request for a sixty-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of sixty days of the time within which to file an Indictment or Information in this case, that is, until February 10, 2025. *See* 18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/ Jessica Rice
Jessica Rice
Assistant United States Attorney

Dated: December 9, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIM NO. 24-MJ-1458** |
| **SAAHIR IRBY** | : | |

**ORDER**

AND NOW, the Court finds that the government's investigation is ongoing, that the government and the defendant are working to reach a non-trial disposition, and that the defendant does not oppose the government's motion for continuance. Based on this, the Court further finds that the ends of justice are best served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of sixty days, until February 10, 2025.

**BY THE COURT:**

________________________________
**HONORABLE PAMELA A. CARLOS**
**United States District Judge**

Dated:

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the government's motion has been served by electronic filing (ECF) upon the following:

Zachary Parrish
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
Zachary_parrish@fd.org

*/s/ Jessica Rice*
JESSICA RICE
Assistant United States Attorney

Dated: December 9, 2024