**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-42-03 |
| CORY SCOTT | : | |
| *(Not in Custody)* | : | |

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** on **Wednesday, October 14, 2026** at **2:00 p.m.,** before the **Honorable Joshua D. Wolson** in **Courtroom 12B, 12th floor,** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from: 9/10/2026**

For additional information, please contact the undersigned.

By: Jeneen Abed, Courtroom Deputy to Judge Wolson
Phone: 267-299-7321

Date: September 3, 2026

cc via email:
Defendant (via Defense Counsel)
John Han, Esq., Defense Counsel
Jessica Rice, Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator